IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

McMILLEN, INC., an Idaho corporation, formerly known as McMillen, LLC, an Idaho limited liability company,

Plaintiff,

v.

S2O DESIGN AND ENGINEERING, a Colorado corporation, doing business in the State of Idaho as S2O Design and Engineering, Inc.,

Defendant.

Case No. 1:23-cv-00445-BLW

**NOTICE OF SUBSTITUTION OF ATTORNEY**

TO: All Parties and their Attorneys of Record,

PLEASE TAKE NOTICE that Arnold L. Wagner hereby withdraws as counsel of record for McMillen Inc. ("Plaintiff"), and Alyssa R. Jones of Trout & Jones, PLLC hereby enters her notice of appearance for Plaintiff.

Meghan A. Douris and Dan W. Ballesteros of Seyfarth Shaw LLP intend to appear *Pro Hac Vice* as co-counsel for Plaintiff on this matter. Ms. Douris' and Mr. Ballesteros' *Pro Hac Vice* Applications will be filed promptly after Ms. Jones' appearance.

All further pleadings, except original process in the above-captioned matter, shall be served on Alyssa R. Jones, Meghan A. Douris, and Dan W. Ballesteros at the addresses stated below.

Alyssa R. Jones
Trout & Jones, PLLC
3778 N. Plantation River Dr.
Boise, Idaho, 83703
ajones@trout-law.com
(208) 577-5755

Meghan A. Douris
Dan W. Ballesteros
Seyfarth Shaw LLP
999 3rd Ave, Ste 4700
Seattle, WA 98104
mdouris@seyfarth.com
dballesteros@seyfarth.com
(206) 946-4987

Dated this 29th day of September, 2026

*/s/ Arnold L. Wagner*

Arnold L. Wagner, ID Bar# 5700
McConnell Wagner Sykes & Stacey, PLLC
827 E. Park Blvd., Ste. 201
Boise, ID, 83712
wagner@mwsslawyers.com
(208) 489-0100

*Withdrawing Counsel for McMillen Inc.*

*/s/ Alyssa R. Jones*

Alyssa R. Jones, ID Bar#12181
Trout & Jones, PLLC
3778 N. Plantation River Dr.
Boise, Idaho, 83703
ajones@trout-law.com
(208) 577-5755

Meghan A. Douris, *Pro Hac Vice forthcoming*
Dan W. Ballesteros, *Pro Hac Vice forthcoming*
Seyfarth Shaw LLP
999 3rd Ave, Ste 4700
Seattle, WA 98104
mdouris@seyfarth.com
dballesteros@seyfarth.com
(206) 946-4987

*Substituting Counsel for McMillen Inc.*

David Holt
Digitally signed by David Holt
DN: C=US, E=holt@mcmillen.com, O="McMillen LLC. ", OU=Area Manager, CN=David Holt
Date: 2026.09.29 15:19:41-07'00'

Dave Holt
Client Representative