KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorney for Plaintiff

Meghan A. Douris (WESBA #44495)
Dan W. Ballesteros (WSBA #59855)
SEYFARTH SHAW, LLP
999 3rd Ave., Ste. 4700
Seattle, WA 98104
Telephone (206) 946-4987
mdouris@seyfarth.com
dballesteros@seyfarth.com

Attorney for Plaintiff (*pending Pro Hac Vice*)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| McMILLEN, INC., an Idaho corporation, formerly known as McMillen, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>S2O DESIGN AND ENGINEERING, a Colorado corporation, doing business in the State of Idaho as S2O Design and Engineering, Inc.,<br><br>Defendant. | CASE NO. 1:23-CV-00445-BLW<br><br>PLAINTIFF MCMILLEN, INC'S MOTION FOR ADMISSION PRO HAC VICE OF MEGHAN A. DOURIS |

Comes now, Plaintiff MCMILLEN, INC, by and through its attorney, Alyssa Jones of Trout & Jones, PLLC, and hereby applies for permission for Meghan A. Douris to appear *pro hac vice* and participate in this action, subject to the conditions of Idaho District Court Local Rule 83.4(e). Attached hereto as **Exhibit A** and **Exhibit B** are the Application for Admission *Pro Hac Vice* and certificate of good standing of Meghan A. Douris respectively.

DATED September 30, 2026.

TROUT & JONES, PLLC

*/s/ Alyssa R. Jones*
Alyssa R. Jones
Attorney for Plaintiff

# EXHIBIT A

5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

McMILLEN, INC.,
Plaintiff
v.
S2O DESIGN AND ENGINEERING,
Defendant

Case No. 1:23-cv-00445-BLW

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Meghan A. Douris, hereby applies for admission pro hac vice to appear and participate in this case on behalf of McMillen Inc..

The applicant hereby attests as follows:

1. Applicant resides in Seattle, WA, and practices at the following address and phone number Seyfarth Shaw LLP, 999 3rd Ave, Ste 4700 Seattle WA 98104; Phone: 206-946-4987

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Washington Bar Association | 12/21/2011 |
| California Bar Association | 09/09/2009 |
| New York Bar Association | 06/21/2006 |
| Also See Attachment A | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Meghan A. Douris, a member in good standing of the bar of this court, of the firm of Seyfarth Shaw LLP, practices at the following office address and phone number: 999 3rd Ave, Ste 4700 Seattle WA 98104; Phone: 206-946-4987

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 30th day of September, 2026.

Meghan A. Douris
Applicant

Alyssa Jones
Designee

Signed under penalty of perjury.

# ATTACHMENT A

| | |
|---|---|
| U.S. Court of Appeals, 9th Circuit | Admitted: 04/26/2023 |
| U.S. Court of Appeals of Veterans Claims | Admitted 01/10/2024 |
| U.S. Court of Federal Claims | Admitted: 04/02/2015 |
| U.S.D.C. Western WA | Admitted: 02/18/2014 |
| U.S.D.C. Central CA | Admitted: 03/18/2010 |
| U.S.D.C. Colorado | Admitted: 05/08/2021 |
| U.S.D.C. Southern District of NY | Admitted: 08/25/2009 |

# **EXHIBIT** B

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 44495 |
| OF | ) | **CERTIFICATE** |
| MEGHAN A. DOURIS | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**MEGHAN A. DOURIS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 21, 2011, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

SEAL OF THE SUPREME COURT • STATE OF WASHINGTON •

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 13th day of March, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 3/12/2026

**LICENSEE NAME:** Meghan Anne Douris

**LICENSEE BAR NUMBER:** 264304

**LICENSEE STATUS:** Active

**ADMIT DATE:** 9/9/2009

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Meghan Anne Douris's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

EXCELSIOR

# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Meghan Anne Douris

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 21, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION • SECOND DEPARTMENT •

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 13, 2026.

Clerk of the Court

CertID-00279770

# In the United States Court of Federal Claims

I, Lisa L. Reyes, Clerk of the United States Court of Federal Claims, do hereby certify **Meghan Anne Douris,** Esquire was on ***April 02, 2015,*** duly sworn, enrolled and admitted as an attorney of the United States Court of Federal Claims; and on this date is a member of the United States Court of Federal Claims bar in good standing, as appears from the records and files of this office.

IN TESTIMONY WHEREOF I have hereunto

subscribed my hand and affixed the seal.
of said Court at Washington, D.C.,
this 19th Day of August, A.D., 2026.

Lisa L. Reyes, Clerk

**UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS**
625 Indiana Avenue, NW, Suite 900
Washington, DC 20004-2950

# CERTIFICATE OF GOOD STANDING

I, **Tiffany M. Wagner,** Clerk of the Court for the United States Court of Appeals for Veterans Claims, do hereby certify that:

**MEGHAN A. DOURIS**

was on January 10, 2024 admitted to practice as an attorney in this Court; and that she is presently a member in good standing at this bar.

**IN TESTIMONY, WHEREOF,** I have affixed the Seal of Court, and subscribed my name on August 20, 2026.

**Tiffany M. Wagner**
Clerk of the Court

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

MEGHAN A DOURIS, Bar # MD0622

was duly admitted to practice in the Court on

August 25, 2009

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On August 18, 2026

Tammi M. Hellwig
Clerk of Court

By

s/B. Cong
Deputy Clerk

# United States District Court

## Western District of Washington

## CERTIFICATE OF GOOD STANDING

I, Josh C. Lewis, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Meghan A Douris** was admitted to practice in said court on **February 18, 2014** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 13rd day of August, 2026.

Josh C. Lewis
Clerk of Court

By______________________
Deputy Clerk

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Meghan A. Douris was duly admitted to practice in this Court on April 26, 2023 and is in good standing in this Court.

Dated at San Francisco, California on August 12, 2026.

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

Meghan Anne Douris, Bar No. 264304

was duly admitted to practice in this Court on 03/18/2010
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on 8/14/2026
*Date*

BRIAN D. KARTH
Clerk of Court

By
Audree Sellarole, Deputy Clerk




# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Meghan Anne Douris

Admission date: 5/8/2021

was admitted to practice in this court
and is in good standing.

Dated: August 24, 2026