KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorney for Plaintiff

Meghan A. Douris (WESBA #44495)
Dan W. Ballesteros (WSBA #59855)
SEYFARTH SHAW, LLP
999 3rd Ave., Ste. 4700
Seattle, WA 98104
Telephone (206) 946-4987
mdouris@seyfarth.com
dballesteros@seyfarth.com

Attorney for Plaintiff (*pending Pro Hac Vice*)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| McMILLEN, INC., an Idaho corporation, formerly known as McMillen, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>S2O DESIGN AND ENGINEERING, a Colorado corporation, doing business in the State of Idaho as S2O Design and Engineering, Inc.,<br><br>Defendant. | CASE NO. 1:23-CV-00445-BLW<br><br>PLAINTIFF MCMILLEN, INC'S MOTION FOR ADMISSION PRO HAC VICE OF DAN W. BALLESTEROS |

Comes now, Plaintiff MCMILLEN, INC, by and through its attorney, Alyssa Jones of Trout & Jones, PLLC, and hereby applies for permission for Dan W. Ballesteros to appear *pro hac vice* and participate in this action, subject to the conditions of Idaho District Court Local Rule 83.4(e). Attached hereto as **Exhibit A** and **Exhibit B** are the Application for Admission *Pro Hac Vice* and certificate of good standing of Dan W. Ballesteros respectively.

DATED September 30, 2026.

TROUT & JONES, PLLC

*/s/ Alyssa R. Jones*
Alyssa R. Jones
Attorney for Plaintiff

# EXHIBIT A

5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

McMILLEN, INC.,
Plaintiff
v.
S2O DESIGN AND ENGINEERING,
Defendant

Case No. 1:23-cv-00445-BLW

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Dan W. Ballesteros, hereby applies for admission pro hac vice to appear and participate in this case on behalf of McMillen Inc..

The applicant hereby attests as follows:

1. Applicant resides in Seattle, WA, and practices at the following address and phone number Seyfarth Shaw LLP, 999 3rd Ave, Ste 4700 Seattle WA 98104; Phone: 206-946-4987

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Washington State Bar WSBA#59855 | 09/26/2022 |
| U.S. Court of Appeals, Ninth Circuit | 04/26/2023 |
| Washington Western District Court | 10/31/2022 |
| | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Dan W. Ballesteros, a member in good standing of the bar of this court, of the firm of Seyfarth Shaw LLP, practices at the following office address and phone number: 999 3rd Ave, Ste 4700 Seattle WA 98104; Phone: 206-946-4987

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 30th day of September, 2026.

Dan W. Ballesteros
Applicant

Alyssa Jones
Designee

Signed under penalty of perjury.

# **EXHIBIT** B

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR NO. 59855 |
| OF | **CERTIFICATE** |
| DANIEL WALTER BALLESTEROS JR | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**DANIEL WALTER BALLESTEROS JR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 26, 2022, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 4th day of September, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

# United States District Court

## Western District of Washington

## CERTIFICATE OF GOOD STANDING

I, Joshua C. Lewis, Clerk of this Court, certify that **Daniel Ballesteros** was duly admitted to practice in this Court on **October 31st, 2022** and is in good standing as a member of the Bar of this Court.

Dated at Seattle, Washington on the 18th day of September, 2026.

Joshua C. Lewis
Clerk of Court

By ______________________
Deputy Clerk

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Daniel Walter Ballesteros, Jr., was duly admitted to practice in this Court on April 26, 2023 and is in good standing in this Court.

Dated at San Francisco, California on September 30, 2026.

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit