IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

**McMILLEN, INC.**, an Idaho corporation, formerly known as **McMillen, LLC**, an Idaho limited liability company,

Plaintiff,

vs.

**S2O DESIGN AND ENGINEERING**, a Colorado corporation, doing business in the State of Idaho as **S2O Design and Engineering, Inc.**,

Defendant.

Case No. 1:23-cv-00445-BLW

**ORDER EXTENDING DEADLINES**

This matter having come before the Court on the parties' Stipulation to Extend Deadlines in Order Extending Deadlines [Dkt. No. 26] (Dkt No. 28), and good cause appearing therefor,

The deadlines previously set in the Court's Order Extending Deadlines (Dkt. No. 26) are extended as follows:

1. Dispositive Motion Deadline: **March 31, 2027**
2. Alternative Dispute Resolution: **March 17, 2027**
3. Completion of Fact Discovery: **February 2, 2027**
4. Disclosure of Experts:

a. Plaintiff's expert witness disclosure: **December 9, 2026**

b. Defendant's expert witness disclosure: **February 15, 2027**

c. Plaintiff's rebuttal expert witness disclosure: **March 17, 2027**

d. Deadline to complete all discovery relevant to experts: **March 31, 2027.**

DATED: October 1, 2026

B. Lynn Winmill
United States District Judge