Anne Sullivan Magnelli, ISB No. 9452
Martha L. Kuderer, ISB No. 12476
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-Mail: amagnelli@ajhlaw.com
mkuderer@ajhlaw.com
iCourt/e-File: service@ajhlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **McMILLEN, INC.**, an Idaho corporation, formerly known as **McMillen, LLC**, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**S2O DESIGN AND ENGINEERING**, a Colorado corporation, doing business in the State of Idaho as **S2O Design and Engineering, Inc.**,<br><br>Defendant. | Case No. 1:23-cv-00445-BLW<br><br>**STIPULATION TO EXTEND DEADLINES IN ORDER EXTENDING DEADLINES [DKT. NO. 32]** |

**COME NOW** the parties, Defendant S2O Design and Engineering, by and through its attorneys of record, Anderson Julian & Hull, LLP, and Plaintiff McMillen, Inc., by and through its attorneys of record, Seyfarth Shaw LLP, and hereby stipulate, upon approval of the Court, to extend the deadlines in the Court's October 1, 2026, Order Extending Deadlines (Dkt. No. 32) as provided below. Remediation work for the subject project has continued throughout the pendency

of this action, and the parties have entered into multiple stipulations extending pre-trial deadlines to allow the parties additional time to complete meaningful factual and expert discovery and productive alternative dispute resolution efforts.

The parties stipulate to extend the deadlines in the Court's Order Extending Deadlines (Dkt. No. 32), and propose new deadlines as follows:

1. Disclosure of Experts:
   a. Plaintiff's expert witness disclosure: **December 21, 2026**
   b. Defendant's expert witness disclosure: **February 26, 2027**
   c. Plaintiff's rebuttal expert witness disclosure: **March 29, 2027**
   d. Deadline to complete all discovery relevant to experts: **March 31, 2027**

All other deadlines in the Court's Order Extending Deadlines (Dkt. No. 32) remain unchanged.

DATED this 18th day of November, 2026.

ANDERSON, JULIAN & HULL LLP

By: /s/ Anne Sullivan Magnelli
Anne Sullivan Magnelli, Of the Firm
Martha L. Kuderer, Of the Firm
*Attorneys for Defendant S2O Design & Engineering*

DATED this 18th day of November, 2026.

SEYFARTH SHAW LLP

By: /s/ Dan W. Ballesteros
Dan W. Ballesteros, Of the Firm
*Attorneys for Plaintiff McMillen, Inc.*