IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

**McMILLEN, INC.**, an Idaho corporation, formerly known as **McMillen, LLC**, an Idaho limited liability company,

Plaintiff,

vs.

**S2O DESIGN AND ENGINEERING**, a Colorado corporation, doing business in the State of Idaho as **S2O Design and Engineering, Inc.**,

Defendant.

Case No. 1:23-cv-00445-BLW

**ORDER EXTENDING DEADLINES**

This matter having come before the Court on the parties' Stipulation to Extend Deadlines in Order Extending Deadlines [Dkt. No. 32] (Dkt No. 33), and good cause appearing therefor,

The deadlines previously set in the Court's Order Extending Deadlines (Dkt. No. 32) are extended as follows:

1. Disclosure of Experts:

   a. Plaintiff's expert witness disclosure: **December 21, 2026**

   b. Defendant's expert witness disclosure: **February 26, 2027**

   c. Plaintiff's rebuttal expert witness disclosure: **March 29, 2027**

   d. Deadline to complete all discovery relevant to experts: **March 31, 2027**

All other deadlines in the Court's Order Extending Deadlines (Dkt. No. 32) remain unchanged.

DATED: November 19, 2026

B. Lynn Winmill
United States District Judge